# United States Court of Appeals

### For the Eighth Circuit

_____

No. 15-1952

_____

Vivek Shah

*Plaintiff - Appellant*

v.

Charles E. Samuels, Jr., D.S.C.C. Administrator, sued in his official capacity;
United States of America; Jose A. Santana, DSCC Administrator (originally
named as Doe)

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: August 13, 2015
Filed: August 18, 2015
[Unpublished]

_____

Before WOLLMAN, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

In this interlocutory appeal in a pro se action under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), federal inmate Vivek Shah challenges the district court's[1] denials of preliminary injunctive relief.

After careful review of the record and the parties' arguments on appeal, we conclude that the district court did not abuse its discretion in denying injunctive relief, because Shah did not show a clear threat of irreparable harm.  <u>See</u> 28 U.S.C. § 1292(a)(1) (appellate jurisdiction); <u>H&R Block Tax. Servs. LLC v. Acevedo-Lopez</u>, 742 F.3d 1074, 1077 (8th Cir. 2014) (standard of review); <u>Dataphase Sys., Inc. v. C.L. Sys., Inc.</u>, 640 F.2d 109, 113 (8th Cir. 1981) (en banc) (setting forth relevant factors to be considered in determining whether preliminary injunction should issue).

The judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

--------------------------------

[1]The Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).